IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC P. BARNUM and ADRIANA BARNUM, | : : : |
| Plaintiffs, | : : |
| vs. | : Civil Action No. 1:05CV2550LTW : |
| ARJO WIGGINS MEDICAL, INC. JOHN DOE NO.1, and JOHN DOE NO. 2, | : : : : |
| Defendants, | : : |
| AAA COOPER TRANSPORTATION, INC. | : : : |
| Intervenor. | : |

### PLAINTIFF'S RESPONSE TO ARJO WIGGINS MEDICAL, INC.'S STATEMENT OF MATERIAL FACTS TO WHICH IT CONTENDS THERE IS NO GENUINE ISSUE TO BE TRIED

COME NOW Eric P. Barnum, and Adriana Barnum, Plaintiffs and respondents to defendant and movant Arjo Wiggins Medical, Inc.'s Motion For Summary Judgment, and pursuant to LR 56.1B(2), N.D. Ga., submit this Response to Defendant Arjo Wiggins Medical, Inc.'s Statement of Material facts as to Which it Contends There is No Genuine Issue to be Tried.

5.

Plaintiff Eric Barnum did not know the contents of the load he was hauling on April 14, 2004, because the trailer was sealed, thereby preventing him from inspecting the contents of the trailer, in addition to the fact that there was no one present at AAA Cooper's Charleston loading dock, at the time he picked up the load, and as a result, he was unable to obtain the bill of lading or any other documentation showing the content of the trailer. (Depo. Eric Barnum, pp. 23, 27, 31).

6.

Based upon his observations, and experience, Mr. Daugherty concluded that the cargo had shifted, causing the tractor trailer to turn over. (Depo. William Daugherty, pp. 41-43, 47). Mr. Daugherty observed skid marks inside the trailer that he believes were caused by the reels of paper sliding to one side of the trailer. (Depo. William Daugherty, pg. 75). Mr. Daugherty noted that there where no chocks in the trailer. (Depo. William Daugherty, pg. 96).

16.

The statements that Defendants attribute to Mr. Morgan were not made about the trailer at issue in this case, but, rather, his recollection of Arjo Wiggins' shipments, generally. (Depo. David Morgan, pg. 26-27). He does not specifically

recall the trailer that Mr. Barnum was hauling on April 14, 2004.  (Depo. David Morgan, pp. 43, 44).

17.

Mr. Morgan did not make the statement attributed to him, and, in fact, never used the term, "unsafe" anywhere on pages 26 and 27 of his deposition.

18.

Mr. Whitmore stated at page 17 of his deposition that he never observed how the trailer hauled by Mr. Barnum was loaded and is aware of no facts to suggest that the freight did not shift and cause the truck to roll.  (Depo. Grady Whitmore, pg. 17).

25.

Martin Schussell began working as an accident reconstructionist after having obtained an B.S. and an M.S. in Mechanical Engineering, having attended a conference sponsored by the South Carolina Accident Reconstruction Specialists, in conjunction with the national Association of Accident Reconstruction Specialists, in addition to the experiences listed by Defendant.  (Depo. Martin Schussel, pp. 9-12, Mr. Schussel's CV, exhibit "1" to Mr. Schussel's deposition).

28.

That the accident was caused by the paper rolls not having been properly secured, and shifting, is reflected in the accident report, which Mr. Schussel reviewed and considered in reaching his opinions. (Plaintiff's Supplemental Initial Disclosures; Expert Report, ex. "1" to Mr. Schussel's Depo).

This 13th day of December, 2006.

    Respectfully submitted,

    **EDMOND & JONES, LLP**

    /s/  Keith L. Lindsay
    KEITH L. LINDSAY
    Georgia Bar No. 452995
    CRAIG T. JONES
    Ga. Bar No. 399476
    RODERICK E. EDMOND
    Ga. Bar No.239618
    CRAIG T. JONES
    Ga. Bar No. 399476
    Attorneys for Plaintiffs

Edmond & Jones, LLP
The Candler Building-Suite 410
127 Peachtree Street, NE
Atlanta, Georgia 30303
Telephone:  (404) 525-1080
Telecopier:  (404) 525-1073

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the foregoing *PLAINTIFFS' RESPONSE TO ARJO WIGGINS MEDICAL, INC.'S STATEMENT OF MATERIAL FACTS TO WHICH IT CONTENDS THERE IS NO GENUINE ISSUE TO BE TRIED* upon the following:

Frederick A. Johnson
Law Offices
Michael W. Gabel, Managing Attorney
2055 Sugarloaf Circle
Duluth, GA 30097

Wade H. Baxley
Ramsey, Baxley & McDougle
Attorneys at Law
P. O. Drawer 1486
Dothan, AL  36302

Jeffrey A. Daxe, Esq.
Moore, Ingram, Johnson & Steele, LLP
192 Anderson Street
Marietta, GA 30060

via electronic filing, followed by First Class U.S. Mail, postage pre-paid.

Respectfully submitted this 13th day of December, 2006.

/s/  Keith L. Lindsay
Keith L. Lindsay
Georgia Bar No. 452995
Attorney for Plaintiffs